2. I am objecting to the above for the following reasons (**choose one**):

☐        Payments have been made in the amount of $_____, but have not

been accounted for.  Documentation in support of attached hereto.

☒        Payments have not been made for the following reasons and debtor proposes

repayment as follows **explain your answer**):     To the contrary.  I have made all my

post-petition payments.  My May 2017 payment was made via check #903 in the amount of $204.00.  I

paid my June 2017 payment via check #878 in the amount of $204.00.  To date, these checks have not

been cashed, nor returned to me.  They were both sent to MAMCO via their provided coupon and

envelope.  My July 2017 payment of $204.00 was made timely.  However, MAMCO did not deposit this

payment until after this motion was filed on August 1, 2017.  Further, I mailed my August 2017 payment

timely.  Again, this payment has not been cashed.  I would request that MAMCO start cashing my checks

upon receipt to avoid these motion in the future.  If necessary, I will replace the missing payments

immediately.

☐        Other (**explain your answer**): _____

3.      This Certification is being made in an effort to resolve the issues raised by the creditor in

this motion.

4.      I certify under penalty of perjury that the foregoing is true and correct.

Date: ____8.14.17_____              _____/s/ Maureen Falls_____
                                          Maureen Falls , debtor

NOTE:

1.     This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss*.