| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>LAW OFFICES OF NONA L. OSTROVE, LLC<br>1000 White Horse Road, Suite 703<br>Voorhees, NJ 08043<br>856-566-4200; 856-566-4203 (Fax)<br>Attorneys for Bunker Hill Development, a Condominium d/b/a Washington Place Condominium Association, Inc<br>By:  Nona L. Ostrove, Esq. NO 2942 | |
| In Re:<br><br> Maureen M. Falls | Case No.:  17-17906<br><br>Chapter:  13<br><br>Hearing Date:  9/6/2017<br><br>Judge:  Jerrold Poslusny |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled         ☐  Withdrawn

Matter: Motion for Relief from Stay - COTBS

_____

Date: 8/29/2017                        /s/Nona L. Ostrove, Esq
                                       Signature

*rev.8/1/15*