

1100707090 886 $2,000.00 09/08/2017 334837875



1100707090 886 $2,000.00 09/08/2017 334837875