**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorney for Debtor

| | |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Maureen Falls, debtor | CHAPTER 13 CASE NO.: 17-17906 |
| | CERTIFICATION TO WITHDRAW |

I, Eric J. Clayman, Esquire, am an attorney at law, licensed to practice before this Court, and am authorized to make this certification:

1. On November 22, 2017, our office filed a motion to object to claim filed on behalf of the State of New Jersey Division of Taxation.

2. We respectfully request that this entry be withdrawn, as the State of New Jersey filed an acceptable amended proof of claim.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 12/14/17                          /s/ Eric J. Clayman
                                         Eric J. Clayman, Esquire