| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Eric J Clayman<br>Attorneys for the debtor<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106 | Case No.: | 17-17906 |
| | Chapter: | 13 |
| In Re:<br><br>Maureen Falls | Adv. No.: | |
| | Hearing Date: | 1/16/18, 10:00 a.m. |
| | Judge: | JNP |

## CERTIFICATION OF SERVICE

1. I, _____Amanda Glemser_____ :

   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for _____Eric J Clayman_____, who represents _____Maureen Falls_____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __1/9/18__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Motion to Authorize Sale of Real Property

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __1/9/18__                                        __A. Glem__
                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Maureen Falls<br>351 Chapel Heights Road<br>Sewell, NJ 08080 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bill Souders<br>41 South Haddon Avenue<br>Haddonfield, NJ 08033 | Listing Broker | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Tara Bedford<br>20 Kings Highway West<br>Haddonfield, NJ 08033 | Selling Broker | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| National Integrity, LLC<br>110 Barclay Pavilion East<br>Cherry Hill, New Jersey 08034 | Title Company | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Kennedy Health System<br>c/o Mattleman Weinroth & Miller<br>401 NJ-70<br>Cherry Hill NJ 08034-0000 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bunker Hill Development<br>c/o Nona L. Ostrove, LLC<br>1000 White Horse Road, Suite 703<br>Voorhees NJ 08043-0000 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NJ Division of Taxation<br>50 Barrack St<br>Trenton NJ 08695-0000 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ Other overnight mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*