UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Isabel C. Balboa, Esquire
Chapter 13 Standing Trustee
535 Route 38, Suite 580
Cherry Hill, NJ 08002

In Re:

MAUREEN FALLS

Case No.:       17-17906

Chapter:            13

Hearing Date:   January 16, 2018

Judge:          Jerrold N. Poslusny

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Trustee's Objection to Debtors Motion to sell is settled based on Amended Proposed Order, Debtor's Counsel is to submit Amended Schedule C with corrected exemptions

Date: 1/12/2018

/s/ Isabel C. Balboa
Signature

*rev.8/1/15*