UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
856-546-9696

By: Eric J Clayman

Order Filed on January 16, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

    Maureen Falls,
        debtor

Case No.: 17-17906

Hearing Date:

Chapter: 13

Judge: Poslusny

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

**Recommended Local Form:**  ☒ Followed  ☐ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**

**DATED: January 16, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as  9 Vassar Avenue, Stratford, NJ 08084, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. Title shall be conveyed by Debtor and Trustee.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

> Name of professional:   Bill Souders
>
> Amount to be paid:    6%
>
> Services rendered:  Sale of property
>
> This commission may be shared with the participating broker.

**OR**: ☒ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $ 13,100  claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13*

*Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 10 days after the date of this order.

9. Other provisions:
   a) At closing, Jenkins & Clayman shall be paid $700.00 as follows:

   $500.00 for filing the motion to approve sale of real estate.

   $200.00 to Appoint Realtor

   b) The following three judgment creditors shall be paid in full at closing. To the extent that a judgment creditor has filed a proof of claim with the United States Bankruptcy Court in Camden, within 14 days of the receipt of the proceeds of settlement, the creditor shall withdraw its proof of claim.

   a) Kennedy Health System

   b) State of New Jersey

   c) Bunker Hill Development