UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenkins & Clayman
412 White Horse Pike
Audubon, NJ 08106
856-546-9696

By:  Eric J Clayman

Order Filed on January 16, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

    Maureen Falls,

        debtor

Case No.:    17-17906

Hearing Date:

Chapter:    13

Judge:    Poslusny

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

**Recommended Local Form:**    ☒ Followed    ☐ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**

**DATED: January 16, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as __9 Vassar Avenue, Stratford, NJ 08084,__ New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. Title shall be conveyed by Debtor and Trustee.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐ In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

---

Name of professional:   Bill Souders

Amount to be paid:    6%

Services rendered:  Sale of property

This commission may be shared with the participating broker.

---

**OR**: ☒ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $__13,100__ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13*

*Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8.  ☐ The debtor must file a modified Chapter 13 Plan not later than 10 days after the date of this order.

9.  Other provisions:

    a)  At closing, Jenkins & Clayman shall be paid $700.00 as follows:

        $500.00 for filing the motion to approve sale of real estate.

        $200.00 to Appoint Realtor

    b)  The following three judgment creditors shall be paid in full at closing. To the extent that a judgment creditor has filed a proof of claim with the United States Bankruptcy Court in Camden, within 14 days of the receipt of the proceeds of settlement, the creditor shall withdraw its proof of claim.

        a)  Kennedy Health System

        b)  State of New Jersey

        c)  Bunker Hill Development

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-17906-JNP
Maureen M Falls                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1                Date Rcvd: Jan 16, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.
db             +Maureen M Falls,    351 Chapel Heights Road,    Sewell, NJ 08080-1871

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2018 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Eric  Clayman    on behalf of Debtor Maureen M Falls jenkins.clayman@verizon.net
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Jeffrey E. Jenkins    on behalf of Debtor Maureen M Falls jenkins.clayman@verizon.net, jenkins.clayman@verizon.net
      Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
      Nona  Ostrove    on behalf of Creditor    Bunker Hill Development, a Condominium d/b/a Washington Place Condominium Assoc. nostrove@ostrovelaw.com
      Richard James Tracy, III    on behalf of Creditor    TD Bank NA rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com
      Stephanie F. Ritigstein    on behalf of Debtor Maureen M Falls jenkins.clayman@verizon.net
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                          TOTAL: 10