**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−17906−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maureen M Falls
   351 Chapel Heights Road
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−4393

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:           6/20/18
Time:           09:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 23, 2018
JAN: cmf

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-17906-JNP
Maureen M Falls                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: May 23, 2018
                              Form ID: 132             Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2018.
```
db         +Maureen M Falls,   351 Chapel Heights Road,   Sewell, NJ 08080-1871
r          +William Souders,   41 South Haddon Avenue,   Haddonfield, NJ 08033-1800
516774693  +A Shore View Condo Association,   505 E 4th Ave,   Wildwood, NJ 08260-5809
516774694  +A-1 Collections,   2297 State Highway 33, Suite 906,   Hamilton Square, NJ 08690-1717
516774695  +Bunker Hill Condo Association,   c/o Nona L. Ostrove, LLC,   1000 White Horse Road, Suite 703,
             Voorhees, NJ 08043-4413
516774696  +Bunker Hill Development,   c/o Nona L. Ostrove, LLC,   1000 White Horse Road, Suite 703,
             Voorhees, NJ 08043-4413
516781007  +Bunker Hill Development, a Condominium d/b/a,   Washington Place Condominium Association,
             c/o Associa Mid-Atlantic,   14000 Horizon Way, Suite 200,   Mt. Laurel, NJ 08054-4342
516774697  +Cape Regional Medical Center,   c/o Collections & Recoveries,   331 Tilton Road,
             Northfield, NJ 08225-1201
516966531   Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516965879   Credit First NA,   PO Box 818011,   Cleveland, OH 44181-8011
516774698  +Ditech Financial,   c/o Stern Lavinthal & Frankenberg LLC,   105 Eisenhower Parkway,
             Suite 302,   Roseland, NJ 07068-1640
516774700  +Kennedy Health System,   c/o Mattleman Weinroth & Miller,   401 NJ-70,   Cherry Hill, NJ 08034
516774701  +Kohl's/Capital One NA,   c/o Credit Control LLC,   PO BOX 488,   Hazelwood, MO 63042-0488
516981986   MTGLQ Investors, L.P.,   Shellpoint Mortgage Servicing,   PO Box 10826,
             Greenville, SC  29603-0826
516774705  +NJ Division of Taxation,   50 Barrack St,   Trenton, NJ 08608-2006
516826275  +New Jersey Turnpike Authority,   Mark Schneider, Esq.,   581 Main Street, PO Box 5042,
             Woodbridge, NJ 07095-5042
516774704  +NewPennFin-ShellPoint Mortgage,   55 Beattie Place, Suite 110,   Greenville, SC 29601-5115
516774707  +North Wildwood,   901 Atlantic Avenue,   Wildwood, NJ 08260-5778
516774708  +Petro Inc.,   c/o Mullooly Jeffrey Rooney Flynn,   6851 Jericho Tpke # 220,
             Syosset, NY 11791-4449
516937393 ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court:  State of New Jersey,   Department of Treasury,
             Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
516774709  +TD Bank,   c/o Ryan A. Gower,   at Duane Morris LLP,   1940 Route 70 East, Suite 200,
             Cherry Hill, NJ 08003-2141
516774711  +Verizon,   c/o Debt Recovery Solutions,   6800 Jericho Turnpike,   Suite 113F,
             Syosset, NY 11791-4436
516774714  +Washington Place Condo Association,   c/o Nona L. Ostrove, LLC,
             1000 White Horse Road, Suite 703,   Voorhees, NJ 08043-4413
516774715  +Washington Township Tax Collection,   1200 North Delsea Drive,   Bldg A,
             Clayton, NJ 08312-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 24 2018 00:01:11     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2018 00:01:08     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516774699   E-mail/Text: cio.bncmail@irs.gov May 24 2018 00:00:38     IRS,   PO Box 7346,
             Philadelphia, PA 19101-7346
516774702   E-mail/Text: cd@musicarts.com May 24 2018 00:01:38     Music & Arts,   4626 Wedgewood Boulevard,
             Frederick, MD 21703-7159
516774703  +E-mail/Text: bankruptcydepartment@tsico.com May 24 2018 00:02:00     Music & Arts Centers,
             c/o Transworld Systems Inc.,   9525 Sweet Valley Drive,   Cleveland, OH 44125-4237
516774706  +E-mail/Text: Jerry.Bogar@conduent.com May 24 2018 00:02:31     NJ E-Z Pass,
             Violations Processing Center,   PO BOX 4971,   Trenton, NJ 08650-4971
516774710   E-mail/Text: bankruptcy@td.com May 24 2018 00:01:14     TD Bank,   PO BOX 8400,
             Lewiston, ME 04243
517014069   E-mail/Text: bankruptcy@td.com May 24 2018 00:01:14     TD Bank, N.A.,
             c/o Schiller Knapp Lefkowitz & Hertzel LL,   70 Gray Road,   Falmouth, ME 04105
516774712  +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 24 2018 00:00:10
             Verizon,   500 Technology Drive, Suite 300,   Saint Charles, MO 63304-2225
516886880  +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 24 2018 00:10:14     Verizon,
             by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 10
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516774713   Washington Place Condo Association,   f/k/a Bunker Hill,   c/o Nina Ostrove Esq.
                                                                                 TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin                Page 2 of 2                 Date Rcvd: May 23, 2018
                              Form ID: 132               Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Maureen M Falls jenkins.clayman@verizon.net
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Maureen M Falls jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Nona  Ostrove    on behalf of Creditor    Bunker Hill Development, a Condominium d/b/a Washington
               Place Condominium Assoc. nostrove@ostrovelaw.com
              Richard James Tracy, III    on behalf of Creditor    TD Bank NA rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;sbatcher@schillerk
               napp.com
              Stephanie F. Ritigstein    on behalf of Debtor Maureen M Falls jenkins.clayman@verizon.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 10
```