| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Law Offices of Nona L. Ostrove, LLC<br>1000 White Horse Road, Suite 703<br>Voorhees, NJ  08043<br>(856) 566-4200; FAX (856) 566-4203<br>By:  Nona L. Ostrove, Esq. NO 2942<br>Attorneys for Bunker Hill Development, A Condominium d/b/a Washington Place Condominium Association, Inc.<br><br>In Re:<br><br>Maureen M. Falls | Case No.:  17-17906<br><br>Chapter:  13<br><br>Adv. No.:  _____<br><br>Hearing Date:  February 6, 2019<br><br>Judge:  JNP |

## CERTIFICATION OF SERVICE

1. I, _____Adam J. Richman_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____Nona L. Ostrove, Esq._____ , who represents _____Washington Place Condominium_____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____January 30, 2019_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Objection to Confirmation of Modified Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  01/30/2019                              /s/Adam J. Richman
                                                              Signature

Case 17-17906-JNP    Doc 72    Filed 01/30/19    Entered 01/30/19 15:13:52    Desc Main
Document    Page 2 of 2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Eric Clayman, Esq.<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Maureen M. Falls<br>351 Chapel Heights Rd.<br>Sewell, NJ  08080 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

2