B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### District of New Jersey

In re  Maureen M Falls                              ,          Case No.  17-17906-JNP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**U.S. Bank Trust National Association
as Trustee of Chalet Series III Trust**                    MTGLQ Investors, LP
_____            _____
Name of Transferee                                              Name of Transferor

Name and Address where notices to transferee           Court Claim # (if known):  9-1
should be sent:                                         Amount of Claim:  $116,322.16
   c/o SN Servicing Corporation             Date Claim Filed:   08/03/2017
   323 Fifth Street
   Eureka, CA 95501
Phone: 800-603-0836                                     Phone:  800-365-7107
Last Four Digits of Acct #:   7577                      Last Four Digits of Acct. #: 9712

Name and Address where transferee payments
should be sent (if different from above):



Phone: _____
Last Four Digits of Acct #:_____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Jonathan Schwalb                        Date:  02/04/2019
   Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____ District Of __New Jersey_____

In re ___Maureen M Falls_____,    Case No. __17-17906-JNP__

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. _9-1__ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _02/04/19_ (date).

Name of Alleged Transferor

MTGLQ Investors, LP

Name of Transferee

U.S. Bank Trust National Association as Trustee of Chalet Series III Trust

Address of Alleged Transferor:

c/o Shellpoint Mortgage Corporation
P.O. Box 10826
Greenville, SC 29603-0826

Address of Transferee:

c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
**CLERK OF THE COURT**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
P: (212) 471-5100
SN Servicing Corporation as servicer for U.S.
Bank Trust National Association as Trustee of
Chalet Series III Trust

In Re:

Maureen M Falls

| | |
|---|---|
| Case No.: | 17-17906-JNP |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Hon. Judge: | Jerrold N. Poslusny Jr. |

### CERTIFICATION OF SERVICE

1. I, _Kimberly Barbour_ :

☐ represent _____ in the this matter.

☒ am the secretary/paralegal for _Jonathan Schwalb, Esq._ , who represents

_SN Servicing Corporation_ in the this matter.

☐ am the _____ in the this case and am representing myself.

2. On _____February 4, 2019_____ , I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.

   - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.

Date: _February 4, 2019_          /s/Kimberly Barbour_____
                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Maureen M Falls<br>351 Chapel Heights Road<br>Sewell, NJ 08080 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Eric Clayman<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br><br>Jeffrey E. Jenkins<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |