UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Richard J Tracy (ID #079152013)
SCHILLER, KNAPP, LEFKOWITZ & HERTZEL,
LLP
A LLP Formed in the State of New York
30 Montgomery Street
Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Bank, N.A.

In Re:
MAUREEN M FALLS,

Case No.: _____17-17906-JNP_____

Chapter: _____13_____

Hearing Date: _____04/03/2019_____

Judge: _____JNP_____

## CERTIFICATION OF CONSENT
## REGARDING CONSENT ORDER

     I certify that with respect to the Consent Order _____resolcing Objection to Confirmation_____ submitted to the Court, the following conditions have been met:

(a)  The terms of the consent order are identical to those set forth in the original consent order;

(b)  The signatures represented by the /s/ _____ on the consent order reference the signatures of consenting parties obtained on the original consent order;

(c)  I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)  I will make the original consent order available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐  (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒  (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: _____February 19, 2019_____

/s/ Richard J Tracy_____
Signature of Attorney

*rev.8/1/15*