DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J Tracy (ID #079152013)
SCHILLER, KNAPP, LEFKOWITZ &
HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street
Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Bank, N.A.

Order Filed on February 20,
2019 by Clerk U.S. Bankruptcy
Court District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 17-17906-JNP |
| MAUREEN M FALLS, | Judge: Jerrold N. Poslusny, Jr. |
| Debtor. | Chapter: 13 |

## ORDER RESOLVING OBJECTION TO CONFIRMATION

**The relief set forth on the following pages, numbered two (2) is hereby ORDERED.**

**DATED: February 20, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J Tracy (ID #079152013)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Bank, N.A.

In Re:

    MAUREEN M FALLS,

            Debtor.

Case No.: 17-17906-JNP

Judge: Jerrold N. Poslusny, Jr.

Chapter: 13

## CONSENT ORDER RESOLVING
## OBJECTION TO CONFIRMATION

WHEREAS, TD Bank, N.A. (hereinafter "creditor") filed an Objection to Confirmation; and

WHEREAS, the parties wish to resolve their differences regarding this matter;

NOW THEREFORE, it is ordered that:

1. The debtor shall continue to make monthly post-petition mortgage payments directly to Creditor and outside the Chapter 13 Plan with regard to property located at 351 Chapel Heights Road, Sewell, NJ 08080.

2. The debtor shall pursue loss mitigation with the Creditor. In the event debtor is unable to enter a loan modification with the Creditor by May 31, 2019, or as Ordered by the Court, then the debtor shall file an Amended Plan to cure pre-petition arrears through the Chapter 13 Plan within thirty (30) days.

_____
Richard J. Tracy, Esq.
Attorney for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302

Dated: 2/19, 2019

_____
Eric Jenkins, Esq.
Attorney for Debtor
Jenkins & Clayman
412 White Horse Pike
Audubon, New Jersey 08106

Dated: 2/5/19, 2019