*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| In Re:<br><br>MAUREEN M. FALLS<br><br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No.: 17-17906-JNP<br><br>**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. §§ 1302(c), 1106(a)(3), and 1106(a)(4)** |

    The Chapter 13 Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §§ 1302(c), 1106(a)(3) and 1106(a)(4).

    1.   The Trustee's office has conducted a § 341(a) Meeting of Creditors and a business examination which consisted of the review of the Petition, Schedules A - J, Statement of Financial Affairs, and Statement of Current Monthly Income, including a comparison between the Debtor(s)' filed petition and schedules and Certification of Business Debtor (attached hereto as Exhibit "A").

    2.   The Trustee, except to the extent that the Court orders otherwise, has investigated the acts, conduct, assets, liabilities, and financial condition of the Debtor(s), the operation of the Debtor(s)' business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

    3.   Furthermore, in connection with the investigation, the Trustee has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of Debtor(s), or to a cause of action available to the estate.

Dated: April 03, 2019                                                        Respectfully submitted,

ICB:   KES
via first class mail:

    MAUREEN M. FALLS

*/s/ ISABEL C. BALBOA*
ISABEL C. BALBOA
Chapter 13 Standing Trustee

Form 20020-00-Trustee's Statement; Chapter 13 Standing Trustee

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Isabel C. Balboa, Chapter 13 Standing Trustee

## Certification of Business Debtor for Landlord (i.e. Rental Income)

Debtor(s) Name: Maureen Falls
Case Number: 17-17906
E-Mail: Maureenfalls@gmail.com

I, as the Debtor(s) named above, being of full age & duly sworn upon my oath, depose and say:

| | OWNERSHIP IN RENTAL PROPERTIES | | | | | |
|---|---|---|---|---|---|---|
| | Property Address | Name(s) on Deed | Debtor % of Ownership | Mortgage Payment | Mortgage Payoff | Current Value |
| #1 | 23 Canterbury Ct Sewell NJ | Maureen Falls | 100% | N/A | 49,400 | 110,000 |
| #2 | #423 505 E. 4th. N. Wildwood NJ | " | 100% | N/A | N/A | 85,000 |
| #3 | #223 505 E. 4th. N.th Wildwood NJ | " | 100% | N/A | N/A | 85,000 |
| #4 | | | | | | |
| #5 | | | | | | |

| | Is property currently rented? | Tenant(s)' Name | Is there a written Rental | Lease Dates | Rental Amount | Is Property Insurance Current? |
|---|---|---|---|---|---|---|
| #1 | Yes | Casey + Stacey | Yes | May 2'1, 2016 | 1,250 | Yes |
| #2 | These are summer rental units. | | | July + August | 3,000-4,000/ | Yes |
| #3 | Debtor expects tenants Memorial Dy - Labor Dy | | | | mnth. | Yes |
| #4 | | | | | | |
| #5 | | | | | | |

## Production of Documents

- [ ] PROVIDE COPIES OF THE LAST TWO (2) YEARS TAX RETURNS, ALONG WITH ALL SUPPORTING SCHEDULES AND STATEMETNS. NOTE: Please redact SS#s (XXX-XX-1234), dependent(s)' names and birth dates.
- [ ] PROVIDE A COPY OF THE CURRENT INSURANCE POLICY DECLARATION PAGE. NOTE: If proof of effective insurance is not provided to the Trustee with ten (10) days prior to the first scheduled 341(a) Meeting of Creditors, the Trustee may move to dismiss this case.
- [ ] PROVIDE COPIES OF ALL BANK STATEMENTS FOR ONE (1) MONTH PRIOR TO FILING FOR EACH TENANT FOR WHICH YOU HOLD A SECURITY DEPOSIT OR SHOW PROOF OF THE SAFEKEEPING OF SUCH DEPOSIT.
- [ ] PROVIDE A COPY OF THE CURRENT RENTAL AGREEMENT WITH ALL PAGES AND SIGNATURES. If there is no rental agreement, provide proof of rent received (i.e. canceled checks, letter from renter(s), and/or copies of bank statements for three (3) months prior to filing).
- [ ] PROVIDE A COPY OF THE CURRENT MORTGAGE PAYOFF STATEMENT SHOWING CURRENT BALANCE DUE AND MONTHLY PAYMENT AMOUNT.
- [ ] PROVIDE A COMPARATIVE MARKET ANALYSIS (CMA) INDICATING THE CURRENT VALUE OF THE PROPERTY. NOTE: A Zillow estimate is not acceptable

I declare, as the Debtor(s) named above, under penalty of perjury that the foregoing information is true and correct.

- [ ] I have attached all the required documents requested.
- [ ] I read and acknowledge Responsibilites as a Business Debtor (See www.standingtrustee.com/forms).
- [ ] I understand that filing this document under the Trustee's Filing System (T.F.S.) constitutes the Participant's signature for purposes of signing the document under Fed. R. Bankr. P. 9011.

/s/ Print Debtor's Name:  
/s/ Print Co-Debtor's Name: X  *Maureen Fall*  
Dated (mm/dd/yyyy):