**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, New Jersey 08106
(856) 546-9696
Attorney for Debtor

| | |
|---|---|
| IN THE MATTER OF: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Maureen Falls,  debtors | CHAPTER 13 CASE NO.  17-17906 ABA  CERTIFICATION TO WITHDRAW |

I, Eric J Clayman, Esquire, am an attorney at law, licensed to practice before this Court, and am authorized to make this certification:

1. On April 15, 2019, our office filed an application for compensation (docket #83).

2. We respectfully request that this entry be withdrawn as it was filed incorrectly.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  4.15.19      /s/ Eric J Clayman
                     Eric J Clayman, Esquire