Order Filed on May 16, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**JENKINS & CLAYMAN**
Eric J Clayman, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856) 546-9696
Attorneys for the Debtor

In Re:

Maureen Falls,

| | |
|---|---|
| Case No.: | 17-17906 |
| Chapter: | 13 |
| Hearing Date: | 8/22/2017-4/3/2019 |
| Judge: | ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED.**

**DATED: May 16, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $_____8425.50_____ for services rendered and expenses in the amount of $__45.96__ for a total of $_____8471.46_____ . The allowance is payable:

   __ through the Chapter 13 plan as an administrative priority.

   ____ outside the plan.

  _X_ From the funds the Trustee is holding

The debtor's monthly plan is modified to require a payment of $_____N/A_____ per month for _____N/A_____ months to allow for payment of the above fee.