UNITED STATES BANKRUPTCY COURT
<u>DISTRICT OF NEW JERSEY</u>

**Order Filed on May 28, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; FAX 856-566-4203
By:  Nona L. Ostrove, Esq. NO 2942
Attorneys for Bunker Hill Development, a Condominium d/b/a Washington Place Condominium Association, Inc

| | |
|---|---|
| In Re: | Case No. 17-17906 |
| | Adv. No. |
| Maureen M. Falls | |
| | Hearing Date:  April 30, 2019 |
| | Judge: Jerrold N. Poslusny, Jr. |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through _____is hereby **ORDERED.**

**DATED: May 28, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Maureen M. Falls

Case No: 17-17906

Caption of Order: ORDER VACATING AUTOMATIC STAY

Upon consideration of Bunker Hill Development, a Condominium d/b/a Washington Place Condominium Association, Inc. motion/application for an order Order vacating automatic stay for failure to make post-petition payments and good cause appearing therefore, it is hereby and good cause appearing therefore, it is hereby

**ORDERED** that relief be and is hereby granted and Washington Place be and is hereby permitted to proceed against Maureen M. Falls to collect all sums due and owing for unpaid post petition condominium assessments including a personal suit for recovery of all sums due and all allowed methods to collect on any judgment obtained and to suspend the right of any occupant of the unit to use the common elements including parking lots.