UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on May 28, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

LAW OFFICES OF NONA L. OSTROVE, LLC
1000 White Horse Road, Suite 703
Voorhees, NJ 08043
856-566-4200; FAX 856-566-4203
By: Nona L. Ostrove, Esq. NO 2942
Attorneys for Bunker Hill Development, a Condominium d/b/a Washington Place Condominium Association, Inc

| | |
|---|---|
| In Re: | Case No. 17-17906 |
| | Adv. No. |
| Maureen M. Falls | Hearing Date: April 30, 2019 |
| | Judge: Jerrold N. Poslusny, Jr. |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: May 28, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:  Maureen M. Falls

Case No: 17-17906

Caption of Order: ORDER VACATING AUTOMATIC STAY

Upon consideration of Bunker Hill Development, a Condominium d/b/a Washington Place Condominium Association, Inc. motion/application for an order Order vacating automatic stay for failure to make post-petition payments and good cause appearing therefore, it is hereby and good cause appearing therefore, it is hereby

**ORDERED** that relief be and is hereby granted and Washington Place be and is hereby permitted to proceed against Maureen M. Falls to collect all sums due and owing for unpaid post petition condominium assessments including a personal suit for recovery of all sums due and all allowed methods to collect on any judgment obtained and to suspend the right of any occupant of the unit to use the common elements including parking lots.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-17906-JNP
Maureen M Falls                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1              Date Rcvd: May 28, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db            +Maureen M Falls,   351 Chapel Heights Road,   Sewell, NJ 08080-1871

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric  Clayman    on behalf of Debtor Maureen M Falls jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Maureen M Falls jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation as servicer for U.S. Bank
               Trust National Association as Trustee of Chalet Series III Trust bankruptcy@friedmanvartolo.com
              Nona  Ostrove    on behalf of Creditor    Bunker Hill Development, a Condominium d/b/a Washington
               Place Condominium Assoc. nostrove@ostrovelaw.com
              Richard James Tracy, III    on behalf of Creditor    TD Bank NA rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Stephanie F. Ritigstein    on behalf of Debtor Maureen M Falls jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11