Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−17906−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Maureen M Falls
   351 Chapel Heights Road
   Sewell, NJ 08080

Social Security No.:
   xxx−xx−4393

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/5/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 5, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-17906-JNP
Maureen M Falls                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 05, 2019
                              Form ID: 148             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.
```
db             +Maureen M Falls,    351 Chapel Heights Road,    Sewell, NJ 08080-1871
cr             +SN Servicing Corporation as servicer for U.S. Bank,     FRIEDMAN VARTOLO, LLP,
                1325 Franklin Avenue, Suite 230,    Garden City, NY 11530-1631
r              +William Souders,    41 South Haddon Avenue,    Haddonfield, NJ 08033-1800
516774693      +A Shore View Condo Association,    505 E 4th Ave,    Wildwood, NJ 08260-5809
516774694      +A-1 Collections,    2297 State Highway 33, Suite 906,    Hamilton Square, NJ 08690-1717
516774695      +Bunker Hill Condo Association,    c/o Nona L. Ostrove, LLC,    1000 White Horse Road, Suite 703,
                Voorhees, NJ 08043-4413
516774696      +Bunker Hill Development,    c/o Nona L. Ostrove, LLC,    1000 White Horse Road, Suite 703,
                Voorhees, NJ 08043-4413
516781007      +Bunker Hill Development, a Condominium d/b/a,    Washington Place Condominium Association,
                c/o Associa Mid-Atlantic,    14000 Horizon Way, Suite 200,    Mt. Laurel, NJ 08054-4342
516774697      +Cape Regional Medical Center,    c/o Collections & Recoveries,    331 Tilton Road,
                Northfield, NJ 08225-1201
516774698      +Ditech Financial,    c/o Stern Lavinthal & Frankenberg LLC,    105 Eisenhower Parkway,
                Suite 302,    Roseland, NJ 07068-1640
516774700       Kennedy Health System,    c/o Mattleman Weinroth & Miller,    401 NJ-70,    Cherry Hill, NJ 08034
516774701      +Kohl's/Capital One NA,    c/o Credit Control LLC,    PO BOX 488,    Hazelwood, MO 63042-0488
516981986       MTGLQ Investors, L.P.,    Shellpoint Mortgage Servicing,    PO Box 10826,
                Greenville, SC  29603-0826
516774705      +NJ Division of Taxation,    50 Barrack St,    Trenton, NJ 08608-2006
516826275      +New Jersey Turnpike Authority,    Mark Schneider, Esq.,    581 Main Street, PO Box 5042,
                Woodbridge, NJ 07095-5042
516774704      +NewPennFin-ShellPoint Mortgage,    55 Beattie Place, Suite 110,    Greenville, SC 29601-5115
516774707      +North Wildwood,    901 Atlantic Avenue,    Wildwood, NJ 08260-5778
516774708      +Petro Inc.,    c/o Mullooly Jeffrey Rooney Flynn,    6851 Jericho Tpke # 220,
                Syosset, NY 11791-4449
516937393     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:    State of New Jersey,    Department of Treasury,
                Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516774709      +TD Bank,    c/o Ryan A. Gower,    at Duane Morris LLP,    1940 Route 70 East, Suite 200,
                Cherry Hill, NJ 08003-2141
516774711      +Verizon,    c/o Debt Recovery Solutions,    6800 Jericho Turnpike,    Suite 113F,
                Syosset, NY 11791-4436
516774714      +Washington Place Condo Association,    c/o Nona L. Ostrove, LLC,
                1000 White Horse Road, Suite 703,    Voorhees, NJ 08043-4413
516774715      +Washington Township Tax Collection,    1200 North Delsea Drive,    Bldg A,
                Clayton, NJ 08312-1000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 05 2019 23:16:27     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 05 2019 23:16:25     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516966531       EDI: BL-BECKET.COM Sep 06 2019 03:08:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                PO Box 3001,    Malvern PA 19355-0701
516965879       EDI: CRFRSTNA.COM Sep 06 2019 03:08:00      Credit First NA,    PO Box 818011,
                Cleveland, OH 44181-8011
516774699       EDI: IRS.COM Sep 06 2019 03:08:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
516774702      +E-mail/Text: cd@musicarts.com Sep 05 2019 23:16:36      Music & Arts,    4626 Wedgewood Boulevard,
                Frederick, MD 21703-7159
516774703      +E-mail/Text: bankruptcydepartment@tsico.com Sep 05 2019 23:16:40      Music & Arts Centers,
                c/o Transworld Systems Inc.,    9525 Sweet Valley Drive,    Cleveland, OH 44125-4237
516774706      +E-mail/Text: Jerry.Bogar@conduent.com Sep 05 2019 23:16:46      NJ E-Z Pass,
                Violations Processing Center,    PO BOX 4971,    Trenton, NJ 08650-4971
516774710       EDI: TDBANKNORTH.COM Sep 06 2019 03:08:00      TD Bank,    PO BOX 8400,    Lewiston, ME 04243
517014069       EDI: TDBANKNORTH.COM Sep 06 2019 03:08:00      TD Bank, N.A.,
                c/o Schiller Knapp Lefkowitz & Hertzel L,    70 Gray Road,    Falmouth, ME 04105
518008437      +E-mail/Text: bknotices@snsc.com Sep 05 2019 23:16:42      U.S. Bank Trust National Association,
                as Trustee of Chalet Series III Trust,    c/o SN Servicing Corporation,    323 Fifth Street,
                Eureka, CA 95501-0305
518008438      +E-mail/Text: bknotices@snsc.com Sep 05 2019 23:16:42      U.S. Bank Trust National Association,
                as Trustee of Chalet Series III Trust,    c/o SN Servicing Corporation,    323 Fifth Street,
                Eureka, CA 95501,    U.S. Bank Trust National Association 95501-0305
516774712      +EDI: VERIZONCOMB.COM Sep 06 2019 03:08:00      Verizon,    500 Technology Drive, Suite 300,
                Saint Charles, MO 63304-2225
516886880      +EDI: AIS.COM Sep 06 2019 03:08:00      Verizon,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Sep 05, 2019
                               Form ID: 148             Total Noticed: 37
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516774713       Washington Place Condo Association,   f/k/a Bunker Hill,   c/o Nina Ostrove Esq.
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric  Clayman    on behalf of Debtor Maureen M Falls jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jeffrey E. Jenkins    on behalf of Debtor Maureen M Falls jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
          Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation as servicer for U.S. Bank
           Trust National Association as Trustee of Chalet Series III Trust bankruptcy@friedmanvartolo.com
          Nona  Ostrove    on behalf of Creditor    Bunker Hill Development, a Condominium d/b/a Washington
           Place Condominium Assoc. nostrove@ostrovelaw.com
          Richard  Gerbino    on behalf of Creditor    TD Bank NA rgerbino@schillerknapp.com,
           kcollins@schillerknapp.com;acarmany@schillerknapp.com
          Richard James Tracy, III    on behalf of Creditor    TD Bank NA rtracy@hillwallack.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          Stephanie F. Ritigstein    on behalf of Debtor Maureen M Falls jenkins.clayman@verizon.net,
           connor@jenkinsclayman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```