| UNITED STATES BANKRUPTCY COURT |
| --- |
| District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Isabel C. Balboa, Esq. |
| Chapter 13 Standing Trustee |
| Cherry Tree Corporate Center |
| 535 Route 38, Suite 580 |
| Cherry Hill, NJ 08002-2977 |
| (856) 663-5002 |

Order Filed on September 5, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

In re:

MAUREEN M. FALLS

Case No.: 17-17906-JNP

Hearing Date: September 4, 2019   9:00 am

Judge: Jerrold N. Poslusny Jr.

Chapter: 13

## ORDER OF DISMISSAL

The relief set forth on the following pages numbered two (2) through two (2) is **ORDERED**.

**DATED: September 5, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the court for a hearing on confirmation of the debtor(s) Chapter 13 Plan or Modified Chapter 13 Plan and for good cause shown it is

**ORDERED** that the the above captioned case is hereby dismissed for the following reason(s):

- failure to file a feasible plan, income and/or budget statement
- failure to file a Modified Plan
- failure to resolve Trustee and/or creditor objection
- hold funds for fee app

**IT IS FURTHER ORDERED** that pursuant to 11 U.S.C. §349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Trustee.

**IT IS FURTHER ORDERED** that any Order to Employer to Pay to the Chapter 13 Trustee (wage order) that has been entered in this case is hereby terminated. The employer is authorized to cease wage withholding immediately. The debtor or debtor(s) counsel is hereby authorized to serve this Order upon the appropriate parties.

United States Bankruptcy Court
District of New Jersey

In re:  
Maureen M Falls  
    Debtor

Case No. 17-17906-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 05, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.  
db          +Maureen M Falls,    351 Chapel Heights Road,    Sewell, NJ 08080-1871

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                                                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Eric Clayman    on behalf of Debtor Maureen M Falls jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Jeffrey E. Jenkins    on behalf of Debtor Maureen M Falls jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
       Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
       Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Chalet Series III Trust bankruptcy@friedmanvartolo.com  
       Nona Ostrove    on behalf of Creditor    Bunker Hill Development, a Condominium d/b/a Washington Place Condominium Assoc. nostrove@ostrovelaw.com  
       Richard Gerbino    on behalf of Creditor    TD Bank NA rgerbino@schillerknapp.com, kcollins@schillerknapp.com;acarmany@schillerknapp.com  
       Richard James Tracy, III    on behalf of Creditor    TD Bank NA rtracy@hillwallack.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com  
       Stephanie F. Ritigstein    on behalf of Debtor Maureen M Falls jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                 TOTAL: 12